LYNN HUBBARD III, SBN 69773
**SCOTTLYNN J HUBBARD, IV, SBN 212970**
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
(530) 895-3252

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>CHICO NISSAN, INC., RAYMOND L. BOWEN, et al.,<br><br>    Defendants. | Case No.:  CIV S 04-1149 WBS CMK<br><br>***EX PARTE*  PROPOSED ORDER AMENDING THE SCHEDULING ORDER TO EXTEND THE DISCOVERY CUTOFF** |

    Having considered Plaintiff's *ex parte* application for an order amending the scheduling order to extend discovery cutoff by three weeks (the "Application"), and papers presented by the parties in connection with the Application, including Defendants' Notice of Non-Opposition to the Motion, and good cause having been shown;

    ///

*Harris v. Chico Nissan, et al.,* **Case No. CIV. S-04-1149 WBS CMK**
*[*Proposed) Order Amending the Scheduling Order
1

**IT IS HEREBY ORDERED:**

Plaintiff's Application is hereby granted as follows:

(1)      The discovery cutoff is hereby extended;

(2)      The last day to hear law and motion matters is hereby extended until October 28, 2005.

Dated:    August 15, 2005

_William B. Shubb_

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Harris v. Chico Nissan, et al.,* **Case No. CIV. S-04-1149 WBS CMK**
*[*Proposed) Order Amending the Scheduling Order

2