LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
(530) 895-3252

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHICO NISSAN, INC.,<br>RAYMOND L. BOWEN, et al.,<br><br>    Defendants. | Case No.: CIV S 04-1149 WBS CMK<br><br>***EX PARTE* APPLICATION AND [PROPOSED] ORDER AMENDING THE SCHEDULING ORDER TO EXTEND THE LAW AND MOTION CUT-OFF** |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff makes this Application pursuant to Federal Rules of Civil Procedure 6(b) and 16(b) and Local Rule 6-142.

///

///

///

*Harris v. Chico Nissan, et al.*, **Case No. CIV. S-04-1149 WBS CMK**
*Ex Parte* Application and [Proposed] Order Amending the Law & Motion Cut-Off

1

Plaintiff Tony Harris hereby submits this ex parte application for an order amending the Court's Scheduling Order to extend the last date to file law and motion.

Whereas, plaintiff's previous ex parte application had an error, and should not have sought an extension on the law and motion cut-off;

Whereas, plaintiff would like to revert back to the previous scheduling order that was issued on September 13, 2004.

Accordingly, plaintiff respectfully requests that the new date to file law and motion be extended to November 1, 2005.

Dated: September 28, 2005         LAW OFFICES OF LYNN HUBBARD

    /s/ Mark Emmett

MARK EMMETT
Attorney for Plaintiff

### ORDER

Having considered Plaintiff's *ex parte* application for an order amending the scheduling order to extend law and motion cut-off and good cause having been shown;

**IT IS HEREBY ORDERED:**

(1)     The last day to file law and motion matters is hereby extended until November 1, 2005.

Dated: October 3, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Harris v. Chico Nissan, et al.,* **Case No. CIV. S-04-1149 WBS CMK**
*Ex Parte* **Application and [Proposed] Order Amending the Law & Motion Cut-Off**

2