```
LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
12 WILLIAMSBURG LANE
CHICO, CA 95926
(530) 895-3252

ATTORNEY FOR PLAINTIFF
TONY HARRIS

K. STEPHEN SWENSON
LAW OFFICES OF K. STEPHEN SWENSON
2485 NOTRE DAME BLVD, SUITE 370-241
CHICO, CA 95928
(530) 899-7500

ATTORNEY FOR DEFENDANTS
CHICO NISSAN, INC. AND RAYMOND L. BOWEN
```

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HARRIS,                ) <br>     Plaintiff,    ) <br>       v.        ) <br>                ) <br> CHICO NISSAN, INC.,          ) <br> RAYMOND L. BOWEN, et al.     ) <br>     Defendants. ) | Case No. CIV.S-04-1149 WBS CBK <br><br> **STIPULATION AND ORDER** <br> **[proposed] SETTING DEPOSITIONS** <br> **INCLUDING DEPOSITION OF** <br> **RAYMOND L. BOWEN** <br> **PAST DISCOVERY CUT OFF** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

    WHEREAS, the parties wish to complete discovery prior to the discovery cut-off (except as to Raymond L. Bowen, who has suffered a serious stroke and is currently unable to provide any testimony), the parties hereto mutually agree to the following depositions at the indicated date, time and place:

1. October 25, 2005, 1:00 P.M. BRIAN BOWEN
   Duensing Court Reporters, Chico, California

2. October 26, 2005, 10:00 A.M. TONY HARRIS
   Harris' home, Cottonwood, California

3. October 27, 2005, 9:00 A.M. JOE CARD
   Duensing Court Reporters, Chico, California

1

```
 1   4.   October 27, 2005, 1:30 P.M. MICHAEL BOGA
          Duensing Court Reporters, Chico, California
 2
     5.   Deposition of Raymond L. Bowen for discovery and preservation
 3        of testimony, at a reasonable date, time and place (no later
          than 45 days prior to trial) upon clearance by his treating
 4        physician of his fitness to provide testimony.  If defendant,
          Raymond L. Bowen, is not cleared to testify by that time, his
 5        testimony will be precluded from trial.

 6   6.   Defense counsel will notify plaintiff's counsel within five
          days of Raymond L. Bowen's clearance by his treating
 7        physician.

 8   IT IS SO STIPULATED.

 9   Dated: October 14, 2005.    Law Offices of Lynn Hubbard III

10                                         Signature on File

11                               By:_____
                                    Lynn Hubbard, III
12                                  Attorney for Plaintiff

13   Dated: October 14, 2005.    Law Offices of K.Stephen Swenson

14
                                           /s/ K.Stephen Swenson
15                               By:_____
                                    K.Stephen Swenson,
16                                  Attorney at Law
                                 Order
17
          Having considered the above stipulation of the parties, and
18
     GOOD CAUSE APPEAR THEREFORE,
19
          IT IS HEREBY ORDERED THAT:
20
          The depositions shall be conducted by the parties as to each
21
     deponent and in the order, and on the dates, times, and places,
22
     set forth above.
23
          IT IS SO ORDERED.
24
     Dated: October 18, 2005.
25

26                                    _____
                                      WILLIAM B. SHUBB
27                                    UNITED STATES DISTRICT JUDGE

28
     _____
     Stipulation & Proposed Order
     re Depositions                     2
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
**Stipulation & Proposed Order
re Depositions**                              3