IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY HARRIS,   No. CIV S-04-1149-WBS-CMK

    Plaintiff,

  vs.   ORDER

CHICO NISSAN, INC., et al.,

    Defendants.

_____/

    Plaintiff filed this action alleging discrimination in violation of the Americans with Disabilities Act and California law. Currently before the court is plaintiff's September 21, 2005, document entitled "Plaintiff's First Amended Notice of Motion and Motion to Compel Discovery," (Doc. 25) which was originally noticed for hearing on October 11, 2005, at 10:00 a.m. in Redding, California. By order issued on October 6, 2005, that hearing was vacated from the court's calendar, plaintiff's request for monetary sanctions was denied, and defendants were directed to show cause in writing why sanctions should not issue for failure to respond to discovery requests. Defendants have responded to the court's order and plaintiff's September 21, 2005, motion now stands submitted on the papers, except as otherwise denied in the October 6, 2005, order.

1

1        In his motion to compel, plaintiff asserts that defendants Chico Nissan and
2 Raymond L. Bowen have failed to respond to his request for production of documents.  Plaintiff
3 also asserts that Raymond L. Bowen and Brian Bowen have failed to appear at properly noticed
4 depositions.  Plaintiff seeks an order: (1) directing defendants Chico Nissan and Raymond L.
5 Bowen to produce the documents sought; (2) directing Raymond L. Bowen and Brian Bowen to
6 appear at their depositions; and (3) awarding monetary sanctions.  As indicated above, plaintiff's
7 request for monetary sanctions was denied on October 6, 2005.  Moreover, the record reflects that
8 the parties reached a stipulation concerning depositions.  That stipulation was approved by the
9 court by order dated October 19, 2005.  Therefore, the only issue before the court is defendants'
10 alleged non-response to document requests.

11       In their response to the court's order to show cause, defendants state that ". . . all
12 additional responsive documents were already provided to Plaintiff prior to the parties entering
13 into [the deposition] stipulation."  Upon review of plaintiff's September 21, 2005, motion, it
14 appears that the documents sought by that motion relate to the depositions which are the subject
15 of the parties' stipulation.  Given defendants' representation that all documents plaintiff has
16 requested have been produced, plaintiff's motion will be denied.

17       Accordingly, IT IS HEREBY ORDERED that:

18       1.    The court's October 6, 2005, order to show cause directed at defendants is
19 discharged; and

20       2.    Plaintiff's September 21, 2005, motion to compel is denied in its entirety.

22 DATED:  October 27, 2005.

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE