UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHICO NISSAN, INC. and RAYMOND L. BOWEN, et al.,<br><br>    Defendant. | 2:04-cv-1149-WBS-CBK<br><br>ORDER |

　　　　Since the confidential settlement conference statements reveal it would not be fruitful to hold a settlement conference in this action, the settlement conference scheduled for February 24, 2006, is vacated.

　　　　IT IS SO ORDERED.

Dated:  February 23, 2006

　　　　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge