```
LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
```
**LAW OFFICES OF LYNN HUBBARD**
```
12 WILLIAMSBURG LANE
CHICO, CA. 95926
(530) 895-3252
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> CHICO NISSAN, INC., RAYMOND L. BOWEN, <br><br> Defendants. | Case No. CIV.S-04-1149 WBS PAN <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING THE PRETRIAL ORDER** |

**WHEREAS,** on January 18, 2006, the Court issued a Pretrial Order for this action;

**WHEREAS,** the Pretrial Order provided that each party shall exchange copies of all exhibits identified in the Pretrial Order not later than 30 days before the trial date;

**WHEREAS,** the Pretrial Order provided that any and all objections to such exhibits be filed and served not later than fourteen days before the trial date;

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS,** the lead counsel for defendants has just suffered the loss of an immediate family member and was unable to complete preparation of defendants' exhibits for the exchange;

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties hereto that the Pretrial Order shall be amended to provide as follows:

(1)   Each party shall exchange copies of all exhibits identified in the Pretrial Order, not later than March 23, 2006;

(2)   Any and all objections to such exhibits shall be filed and served not later than April 7, 2006.

DATED: March 21, 2006          LAW OFFICES OF LYNN HUBBARD, III


By: /s/ Lynn Hubbard, III
         Lynn Hubbard, III
         Attorney for Plaintiff

DATED: March 21, 2006          LAW OFFICES OF K. STEPHEN SWENSON


By: /s/ K. Stephen Swenson
         K. Stephen Swenson
         Attorney for Defendants

///

///

///

///

2

STIPULATION AND [PROPOSED] ORDER                              Case No. CIV.S-04-1149 WBS CMK
MODIFYING THE PRETRIAL ORDER

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

**IT HAVING BEEN STIPULATED BY THE PARTIES, IT IS HEREBY ORDERED** that the Pretrial Order shall be modified to provide as follows:

(1) Each party shall exchange copies of all exhibits identified in the Pretrial Order, not later than March 23, 2006;

(2) Any and all objections to such exhibits shall be filed and served not later than April 7, 2006.

DATED: March 22, 2006



WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
MODIFYING THE PRETRIAL ORDER

Case No. CIV.S-04-1149 WBS CMK

3

PDF created with pdfFactory trial version www.pdffactory.com