MICHAEL D. WELCH (SBN: 111022)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

Attorneys For: Defendants,
CHICO NISSAN, INC. AND RAYMOND L. BOWEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HARRIS<br><br>  Plaintiff<br><br>v.<br><br>CHICO NISSAN, INC.; RAYMOND L. BOWEN, et al.<br><br>  Defendants. | CASE NO. CIV.S-04-1149<br><br>**SUBSTITUTION OF ATTORNEYS**<br>**(L.R. 83-182(g))** |

To all parties and their attorneys of record:

Please take notice that defendants in the above entitled action substitute Michael D. Welch of Gordon & Rees LLP, 655 University Avenue, Suite 200, Sacramento, CA 95825 as their attorney of record in this matter.

Dated: June 12, 2006          By: /s/
                              BRIAN BOWEN
                              on Behalf of Chico Nissan, Inc.

Dated: June 12, 2006          By: /s/
                              Brian L. Bowen, Trustee for
                              RAYMOND L. BOWEN

Dated: June 8, 2006           By: /s/
                              K. STEPHEN SWENSON
                              Withdrawing Attorney

-1-

Substitution of Attorneys
Case No. CIV. S-04-1149

1

2

Dated: June 13, 2006

By: /s/
MICHAEL D. WELCH
New Attorney

3

4

5

IT IS SO ORDERED:

6

Dated: June 14, 2006

By: *William B. Shubb* (signature)
WILLIAM B. SHUBB
U.S. District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, California 95825

\\29181.1

-2-
Substitution of Attorneys
CIV. S-04-1149