1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7

8

9

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12  TONY HARRIS,
                                    Case No. CIV.S. 04-01149-DFL (CMK)
13      Plaintiff,

14                                  **REQUEST FOR DISMISSAL AND**
    v.                              **ORDER THEREON**
15
    CHICO NISSAN, INC., et al.,
16
17      Defendants.
                                        /
18

19

20

21

22

23

24

25

26

27

28

TO THE COURT AND ALL PARTIES:

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii)(a), and a Settlement Agreement and Release between plaintiff, Tony Harris, and defendants, Chico Nissan, Inc., and Ray L. Bowen, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: April 27, 2007                    LAW OFFICES OF LYNN HUBBARD, III


 /s/ Lynn Hubbard III
LYNN HUBBARD, III
Attorney for Plaintiff
TONY HARRIS


Dated: April 26, 2007                    GORDON & REES, LLP


 /s/ Michael Welch
MICHAEL WELCH
Attorneys for Defendants
CHICO NISSAN INC., and RAY L. BOWEN


## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-01149 DFL (CMK), is hereby dismissed with prejudice.

Dated: April 30, 2007

 /s/ David F. Levi
United States District Court Judge